■ In the Matter of the Claim of Douglas E. Barden, Appellant. Union for Reform Judaism, Respondent; Commissioner of Labor, Respondent. [19 NYS3d 919]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 16, 2014, which ruled, among other things, that claimant was disqualified from receiving unemployment insurance benefits because he voluntarily left his employment without good cause.

Decision affirmed. No opinion.

Lahtinen, J.P., Garry, Rose and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.